AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Anderson, Percy | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>5/30/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>312 North Spring Street<br>Suite 163<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. _____ | _____ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. ▓▓▓▓ | ▓▓▓▓▓▓▓▓ |

RECEIVED
2005 JUN -3 A 10: 42
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Percy | 5/30/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▓▓▓▓▓ | | | ▓▓▓▓▓ | | | | | | |
| 2. ▓▓▓▓▓ | | | ▓▓▓▓▓ | | | | | | |
| 3. ▓▓▓▓▓ | | | ▓▓▓▓▓ | | | | | | |
| 4. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 5. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 6. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 7. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 8. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 9. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 10. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 11. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 12. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 13. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 14. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 15. ▓▓▓▓▓ | | | | | | | | | |
| 16. ▓▓▓▓▓ | | | | | ▓▓▓▓▓ | | | | |
| 17. ▓▓▓▓▓ | | | | | ▓▓▓▓▓ | | | | |
| 18. ▓▓▓▓▓ | | | | | ▓▓▓▓▓ | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Percy | 5/30/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ▋▋▋▋▋▋▋ | | | | | | | | | |
| 20. ▋▋▋▋▋▋ | | | | | | | | | |
| 21. ▋▋▋▋ | | | | | | | | | |
| 22. ▋▋▋▋▋ | | | | | ▋▋▋▋▋▋ | | | | |
| 23. ▋▋▋▋▋ | | | | | ▋▋▋▋▋▋ | | | | |
| 24. ▋▋▋▋▋ | | | | | ▋▋▋▋ | | | | |
| 25. ▋▋▋▋▋ | | | | | | | | | |
| 26. ▋▋▋▋ | | | | | ▋▋▋▋▋▋ | | | | |
| 27. ▋▋▋▋▋ | | | | | ▋▋▋▋▋ | | | | |
| 28. ▋▋▋▋▋ | | | | | ▋▋▋▋▋ | | | | |
| 29. ▋▋▋ | | | | | | | | | |
| 30. ▋▋▋▋ | | | | | | | | | |
| 31. ▋▋▋ | | | | | | | | | |
| 32. ▋▋▋▋ | | | | | | | | | |
| 33. ▋▋ | ▋▋▋▋▋▋ | | | | | | | | |
| 34. ▋▋▋▋ | ▋▋▋▋▋ | | | | | | | | |
| 35. ▋▋ | | | ▋▋▋▋ | | | | | | |
| 36. ▋▋▋ | ▋▋▋▋▋▋▋▋▋▋ | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

FINANCIAL DISCLOSURE REPORT

Page 3 of 4

Name of Person Reporting

Anderson, Percy

Date of Report

5/30/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 38. ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 39. ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 40. ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 41. ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 42. ▓▓▓▓▓ | | | | | | | | | |
| 43. ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 44. ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 45. ▓▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 46. ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 47. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 48. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 49. ▓▓▓▓ | | | ▓▓▓▓▓▓▓▓▓ | | | | | | |
| 50. ▓▓▓▓ | | | ▓▓▓▓▓▓▓ | | | | | | |
| 51. ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 52. ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 53. ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 54. ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Percy | 5/30/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 56. ▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | | |
| 57. ▓▓▓ | | ▓▓▓▓▓ | | | | | | | |
| 58. ▓▓▓ | | ▓▓▓▓▓ | | | | | | | |
| 59. ▓▓▓ | | ▓▓▓▓▓ | | | | | | | |
| 60. ▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | | |
| 61. ▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date   June 2, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544